

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Rusty's Oilfield Service Co., Inc.,

\* From the County Court at Law of Midland County, Trial Court No. CC20894.

Vs. No. 11-19-00086-CV

\* March 26, 2020

Ruger Properties, LLC,

\* Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating)

This court has considered the parties' joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.